# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NINGBO FUTAI ELECTRIC LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>QVC INC.,<br><br>    Defendant. | Civil Action No. 2:23-cv-01768-KNS<br><br>Judge Kai N. Scott |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Raymond Nguyen of Ballard Spahr LLP, as counsel for Defendant, QVC Inc. ("QVC"), in the above-captioned matter.

                                                                                                         Respectfully Submitted,

Date: January 7, 2025                                          /s/ Raymond Nguyen
                                                                                          Raymond Nguyen, Esq.
                                                                                          Ballard Spahr LLP
                                                                                          1735 Market Street, 51st Floor
                                                                                          Philadelphia, PA 19103
                                                                                          Ph: (215) 864-8269
                                                                                          nguyenr@ballardspahr.com

                                                                                          *Counsel for Defendant QVC Inc.*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on January 7, 2025, I caused a true and correct copy of the attached Notice of Appearance to be served on all counsel of record via ECF.


Date: January 7, 2025                                        /s/ Raymond Nguyen
                                                                              Raymond Nguyen, Esq.