IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NINGBO FUTAI ELECTRIC LIMITED** : |
| *Plaintiff(s)* : |
| : |
| v. : **CIVIL NO. 23-1768** |
| : |
| **QVC, INC.** : |
| *Defendant(s)* : |

**O R D E R**

**AND NOW,** this **11th** day of **FEBRUARY 2025,** upon consideration of the Motion for the Admission *Pro Hac Vice* of, **ALAN FEDERBUSH Esquire** to appear on behalf of the **defendant** in the above action (Doc. No. 75), it is **ORDERED** that the Motion (Doc. No. 75) is **GRANTED**. **ALAN FEDERBUSH** is admitted to practice before this Court *pro hac vice* as counsel on behalf of **QVC, INC.** this matter only.

BY THE COURT:

*Kai N. Scott*
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**